# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Williams v. City & County | 18844 | 6/9/97 | Vacated and Remanded |
| Pioneer Mill Co., Ltd. v. Dow | 18523 | 6/12/97 | Dismissed for lack of appellate jurisdiction |
| State v. Ricks | 19107 | 6/13/97 | Vacated and Remanded |
| State v. Bowe | 19138 | 6/13/97 | Affirmed |
| Toyomura v. Administrative Director | 17845 | 7/9/97 | Affirmed |
| Furukawa v. Administrative Director | 18261 | 7/9/97 | Affirmed |
| The Queen's Medical Ctr. v. Kagawa | 19203 | 7/17/97 | Dismissed |
| State v. Gomes | 16714 | 7/17/97 | Affirmed |
| First Hawaiian Bank v. Familian Northwest, Inc. | 18372 | 7/17/97 | Vacated and Remanded |
| Cheng v. Robaire's, Inc. | 18275 | 7/18/97 | Vacated and Remanded |
| Karaya v. Karaya | 19095 | 7/18/97 | Affirmed in part, Vacated and Remanded in part |
| State v. Rodriguez | 20072 | 7/23/97 | Vacated and Remanded |
| Bd. of Directors of the AOAO of Waikiki Banyan v. Sterling Drug, Inc. | 18537 | 7/25/97 | Vacated and Remanded |